UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-04844-dd |
| | ) | |
| Ralph B. Shealy | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | ) | |

ORDER AUTHORIZING SALE OF ASSET

This proceeding comes before the court on the application of the debtor for authority to sell the estate's interest in the following vehicles for the following minimum price:

| | |
|---|---|
| 2005 Chrysler | $12,500 |
| 2003 Dodge Dakota | $ 5,700 |
| 1964 Ford Thunderbird | $ 4,000 |
| 1973 Dodge Dart | $   500 |
| 1965 Plymouth Belvedere | $ 1,000 |
| 1972 AMC Ambassador station wagon | $   500 |
| 1982 Chrysler Imperial | $ 1,500 |
| 1977 Chrysler Newport | $ 1,800 |

All parties in interest have been notified of the intention to sell said property. The debtor has represented to the court that such sale is in the best interest of creditors of the estate. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that the debtor is authorized to sell and to convey the estate's interest in the above-described property. Any funds, less the costs of the sale, shall be paid to the Trustee.

This authorization expires 60 days following entry of this Order. The closing agent is directed to provide a copy of the closing statement to the trustee.